■ In the Matter of JOHN SATTA, for Reinstatement. — Motion for reinstatement referred to the petitioner for the sole purpose of hearing and reporting to this court on the question of whether respondent has fully recovered from his incapacitation to practice law and, pending receipt of said report, determination of the motion is held in abeyance. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Kassal, JJ.

# (June 9, 1983)

■ ROSIABELL MENCY et al., Appellants, v NEW YORK POST CORP. et al., Respondents. — Judgment, Supreme Court, New York County (Andrew R. Tyler, J.), entered on July 30, 1982, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on June 8, 1982 is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Ross, Asch, Kassal and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD SCHREIBER, Appellant. — Judgment, Supreme Court, Bronx County (Eugene L. Nardelli, J.), rendered on December 18, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Ross, Asch, Kassal and Alexander, JJ.